1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERNEST MILLER,                    No. 2:09-cv-03403-MCE-GGH-P

12          Plaintiff,

13      v.                             ORDER

14   EDMUND G. BROWN, JR., et al.,

15          Defendants.

16   _____/

17      Plaintiff, a state prisoner proceeding pro se, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983.

19   The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21   262.

22      On January 28, 2010, the magistrate judge filed findings and

23   recommendations herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the findings

25   and recommendations were to be filed within twenty-one days.

26

1  Plaintiff has filed objections to the findings and

2  recommendations.

3      In accordance with the provisions of 28 U.S.C.

4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

5  de novo review of this case.  Having carefully reviewed the

6  entire file, the court finds the findings and recommendations to

7  be supported by the record and by proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1.  The findings and recommendations filed January 28, 2010,

10  are adopted in full;

11      2.  Plaintiff is barred from proceeding in forma pauperis in

12  this action under the

13  three strikes provision of 28 U.S.C. § 1915(g);

14      3.  Plaintiff, within 21 days of the date of this order,

15  must pay the $350.00 filing fee in full; upon the expiration of

16  that period, should plaintiff fail to do so, this action will be

17  dismissed with prejudice; and

18      4. Plaintiff's defective motions for preliminary injunctive

19  relief, filed on January

20  14, 2010 (docket # 7), and on January 21, 2010 (docket # 8), are

21  denied.

22   Dated:  February 25, 2010

23

24  _____
    MORRISON C. ENGLAND, JR.
25  UNITED STATES DISTRICT JUDGE

26