1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ERNEST MILLER,                      No. 2:09-cv-03403-MCE-GGH-P
12           Plaintiff,
13        v.                             ORDER
14   EDMUND G. BROWN, JR., et al.,
15           Defendants.
16   _____/
17       Plaintiff, a state prisoner proceeding pro se, has filed
18   this civil rights action seeking relief under 42 U.S.C. § 1983.
19   The matter was referred to a United States Magistrate Judge
20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.
21   262.
22       On January 28, 2010, the magistrate judge filed findings and
23   recommendations herein which were served on plaintiff and which
24   contained notice to plaintiff that any objections to the findings
25   and recommendations were to be filed within twenty-one days.
26

                                    1

Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2010, are adopted in full;

2. Plaintiff is barred from proceeding in forma pauperis in this action under the three strikes provision of 28 U.S.C. § 1915(g);

3. Plaintiff, within 21 days of the date of this order, must pay the $350.00 filing fee in full; upon the expiration of that period, should plaintiff fail to do so, this action will be dismissed with prejudice; and

4. Plaintiff's defective motions for preliminary injunctive relief, filed on January 14, 2010 (docket # 7), and on January 21, 2010 (docket # 8), are denied.

Dated: February 25, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2