IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,                    No. CIV S-09-3403 GGH P

    vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff a state prisoner proceeding pro se on a civil rights action pursuant to 42 U.S.C. § 1983, filed an interlocutory appeal on April 5, 2010. Judgment was entered in this case on April 7, 2010, pursuant to an order of the court filed on February 25, 2010. The Ninth Circuit dismissed plaintiff's appeal for lack of jurisdiction in an order filed on May 19, 2010.

        Accordingly, IT IS ORDERED that plaintiff's motion for leave to appeal in forma pauperis, filed on May 13, 2010 (docket # 19), is denied as moot.

DATED: June 1, 2010

                                  /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:009
mill3403.dny